1  Daniel F. Fears, Bar No. 110573
   Laura Fleming, Bar No. 219287
2  Katherine Ladd Pearson, Bar No. 241369
   PAYNE & FEARS LLP
3  Attorneys at Law
   4 Park Plaza, Suite 1100
4  Irvine, CA 92614
   Telephone: (949) 851-1100
5  Facsimile: (949) 851-1212
   E-Mail: lf@paynefears.com
6
   Attorneys for Defendant
7  THE BOEING COMPANY

FILED
CLERK, U.S. DISTRICT COURT

NOV - 1 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority       ✓
Send           ✓
Enter
Closed
JS-5/JS-6      ✓
JS-2/JS-3
Scan Only

8

9              UNITED STATES DISTRICT COURT

10          FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

12  MAKI AL-NOOH,                    CASE NO. SACV06-724 (GW)(ANx)

13            Plaintiff,             (Removed from Orange County
                                     Superior Court on August 8, 2006)
14       v.
                                     **STIPULATION TO DISMISS COMPLAINT**
15  THE BOEING COMPANY,  a           **WITH PREJUDICE**
    Delaware corporation, and DOES
16  1-20, inclusive,                 Date Action Filed:  April 25, 2006
                                     Judge:  Hon. George H. Wu
17            Defendants.            Trial Date:  None Set

18

19

20

21

22       Having reached a settlement of the above action,

23  Plaintiff MAKI AL-NOOH ("Plaintiff"), in pro per, and Defendant

24  THE BOEING COMPANY(hereafter "Boeing"), through its counsel of

25  record, stipulate as follows:

26

27

28

                                     1
           **STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE**

1        1.   The entire action is hereby dismissed with

2   prejudice, each party to bear their own costs and fees.

3

4   DATED: October 30, 2007        PAYNE & FEARS, LLP

5                                  By:   _____

6                                        Laura Fleming

7                                  Attorneys for Defendant
                                   THE BOEING COMPANY
8

9   DATED: October 30, 2007

10                                 By:   _____

11                                       Maki Al-Nooh

12                                 In Pro Per

13

14        IT IS SO ORDERED.

15

16   DATED: Nov. 1   , 2007        _____
                                        Hon. George H. Wu
17
                                   UNITED STATES DISTRICT COURT JUDGE
18   374069.1

19

20

21

22

23

24

25

26

27

28

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CA 92614
(949) 851-1100

2

**STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE**

## PROOF OF SERVICE

### AL-NOOH v. THE BOEING COMPANY

STATE OF CALIFORNIA, COUNTY OF ORANGE

    I am employed in the County of Orange, State of California.  I am over the age of 18 years and am not a party to the within action; my business address is Jamboree Center, 4 Park Plaza, Suite 1100, Irvine, CA 92614.

    On **October 30, 2007**, I served the following document(s) described as **STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE** in support of defendant's motion for summary judgment or, in the alternative, partial summary judgment on interested parties in this action by placing a true copy thereof enclosed in sealed envelopes as follows:

| | |
|---|---|
| Maki Al-Nooh<br>16070 Valley Oak<br>Irvine, CA   92618 | Plaintiff, in Pro Per |

☒ **(BY U.S. Mail)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.  I deposited such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at Irvine, California.

☐ **(By Personal Service)** I delivered by hand on the interested parties in this action by placing the above mentioned document(s) thereof in envelope addressed to the office of the addressee(s) listed above or on attached sheet.

☐ **(By Overnight Courier)**  served the above referenced document(s) enclosed in a sealed  package, for collection and for delivery marked for next day delivery in the ordinary course of business, addressed to the office of the addressee(s) listed above or on attached sheet.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **October 30, 2007**, at Irvine, California.

JULIE GASTELUM

325172.1

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CA 92614
(949) 851-1100